UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-271 CR RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Luis Roldan,

    Defendant.
_____/

## ORDER AMENDING JUDGMENT AND COMMITMENT

**THIS CAUSE** came before the Court upon a hearing on the motion by the government for a reduction of sentence based on substantial assistance pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. The Court being otherwise advised in the premises it is:

**ORDERED and ADJUDGED**:

1. The motion for a reduction of sentence is **Granted**.

2. Effective March 14, 2013 the sentence imposed by this Court on April 23, 1996, committing the defendant to the custody of the Bureau of Prisons, to be imprisoned for a term of 292 months is amended and reduced to a term of **232 months.**

3. In all other respects, the Judgment imposed on April 23, 1996, shall remain in full force and effect.

**DONE and ORDERED** in West Palm Beach, this _14_ day of February, 2013.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc:    counsel of record,
        U.S. Probation
        U.S. Marshal